```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    VALERIE L. MAKAREWICZ CBN 229637
 4  Assistant United States Attorney
      Room 7211, Federal Building
 5    300 North Los Angeles Street
      Los Angeles, CA  90012
 6    Telephone:  (213) 894-2729
      Facsimile:  (213) 894-0115
 7
    Attorneys for the United States of America
 8
                  UNITED STATES DISTRICT COURT
 9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                         SOUTHERN DIVISION
11
    CHARLES PAIGE VON BERNUTH,       ) No. SACV 09-6688 JST (PLAx)
12                                    )
         Plaintiff,                   ) [PROPOSED] JUDGMENT
13                                    ) AGAINST THIRD PARTY DEFENDANT ERIC
         vs.                          ) PARKINSON
14                                    )
    UNITED STATES OF AMERICA,         )
15                                    )
         Defendant.                   )
16  _____ )
                                      )
17  UNITED STATES OF AMERICA,         )
                                      )
18       Counterclaimant,             )
                                      )
19       vs.                          )
                                      )
20  CHARLES PAIGE VON BERNUTH,        )
                                      )
21       Counterclaim-Defendant.      )
    _____ )
22                                    )
    UNITED STATES OF AMERICA,         )
23                                    )
         Third Party Plaintiff,       )
24                                    )
         vs.                          )
25                                    )
    ERIC PARKINSON,                   )
26                                    )
         Third Party Defendant.       )
27  _____ )

28
```

E-FILED
OCT 21 2010
3:23PM
Docket# 48

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

Based on the Stipulation between defendant, counterclaimant, and third-party plaintiff UNITED STATES OF AMERICA, and third-party defendant ERIC PARKINSON filed herein, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. On May 20, 2002, a duly authorized delegate of the Secretary of the Treasury entered assessments against ERIC PARKINSON, pursuant to 26 U.S.C. § 6672 in the total amount of $148,125.58. These assessments against ERIC PARKINSON were entered with respect to unpaid payroll taxes of Plaza Entertainment Inc. for the following periods:

| Taxable Period | Amount |
| --- | --- |
| 03/31/98 | $23,423.30 |
| 09/30/98 | $38,971.71 |
| 12/31/98 | $30,917.11 |
| 06/30/99 | $31,305.01 |
| 09/30/99 | $23,508.45 |

///
///
///

2. The following judgment is hereby entered in favor of the UNITED STATES OF AMERICA and against third-party defendant ERIC PARKINSON with respect to the third-party complaint for the unpaid payroll taxes of Plaza Entertainment Inc.:

    a. Third-party defendant ERIC PARKINSON is indebted to the United States of America, as of October 31, 2009, in the amount of $208,258.01, plus all subsequent statutory accruals, including interest and penalties, costs, and expenses as provided by law.

**IT IS SO ORDERED.**

DATED: 10·21·10

JOSEPHINE STATON TUCKER
United States District Judge

Submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____ 10/21/10
VALERIE L. MAKAREWICZ
Assistant United States Attorney

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **October 21, 2010**, I served

**[PROPOSED] JUDGMENT AGAINST THIRD PARTY DEFENDANT ERIC PARKINSON** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **October 21, 2010**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 21, 2010**, Los Angeles, California.

/s/
Connie Hom

RE: CHARLES PAIGE VON BERNUTH V. USA

CASE NO.: SACV 09-06688 JST (PLAx)

## Service List

Eric Parkinson
1428 Chester
Springdale, AR 72764

# Stipulation

2:09-cv-06688-JST -PLA Charles Paige Von Bernuth v. United States of America
(PLAx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Makarewicz, Valerie on 10/21/2010 at 3:23 PM PDT and filed on 10/21/2010

**Case Name:** Charles Paige Von Bernuth v. United States of America
**Case Number:** 2:09-cv-06688-JST -PLA
**Filer:** United States of America
**Document Number:** 48

**Docket Text:**
**STIPULATION for Judgment as to Against Third Party Defendant Eric Parkinson United States of America. (Attachments: # (1) Proposed Order Judgment Against Third Party Defendant Eric Parkinson)(Makarewicz, Valerie)**

**2:09-cv-06688-JST -PLA Notice has been electronically mailed to:**

Valerie L Makarewicz    valerie.makarewicz@usdoj.gov, USACAC.Civil@usdoj.gov

William Joseph Graziano    billgraz@earthlink.net

**2:09-cv-06688-JST -PLA Notice has been delivered by First Class U. S. Mail or by fax to: :**

Eric Parkinson
1428 Chester
Springdale, AR 72764

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\chom\ECF\Valerie Makarewicz\Charles Paige Von Bernuth v. USA\SA.CV0906688.20101021.VM.Stipulation for Judgment Against Third Party Defendant Eric Parkinson.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/21/2010] [FileNumber=10533742-0] [c145b74ee74a84abf6e4f175d4a8dea9c71079288948b8dbfa31375ef775cbfe1f abff169f2d0279bebf3045a628a16d78a3d74bb8af3a53f1881fe0efbf98ed]]
**Document description:** Proposed Order Judgment Against Third Party Defendant Eric Parkinson
**Original filename:** N:\chom\ECF\Valerie Makarewicz\Charles Paige Von Bernuth v. USA\SA.CV0906688.20101021.VM.Proposed Judgment Against Third Party Defendant Eric Parkinson.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/21/2010] [FileNumber=10533742-1] [b9f5f57509e74fd1317356424e1c72f8a028e9a7e0a3e687498334589c39885693 836f82e0fa8c30d8ae5dac0ade649b0ba79fd0d9d826e68df0f2b9c05ab98d]]