```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  SANDRA R. BROWN                              JS-6
    Assistant United States Attorney
 3  Chief, Tax Division
    VALERIE L. MAKAREWICZ CBN 229637
 4  Assistant United States Attorney
      Room 7211, Federal Building
 5    300 North Los Angeles Street
      Los Angeles, CA  90012
 6    Telephone:  (213) 894-2729
      Facsimile:  (213) 894-0115
 7
    Attorneys for the United States of America
 8
                    UNITED STATES DISTRICT COURT
 9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11
    CHARLES PAIGE VON BERNUTH,       )No. CV 09-6688 JST(PLAx)
12                                   )
         Plaintiff,                  )JUDGMENT
13                                   )AGAINST PLAINTIFF CHARLES PAIGE
         vs.                         )VON BERNUTH
14                                   )
    UNITED STATES OF AMERICA,        )
15                                   )
         Defendant.                  )
16  _____)
                                     )
17  UNITED STATES OF AMERICA,        )
                                     )
18       Counterclaimant,            )
                                     )
19       vs.                         )
                                     )
20  CHARLES PAIGE VON BERNUTH,       )
                                     )
21       Counterclaim-Defendant.     )
    _____)
22                                   )
    UNITED STATES OF AMERICA,        )
23                                   )
         Third Party Plaintiff,      )
24                                   )
         vs.                         )
25                                   )
    ERIC PARKINSON,                  )
26                                   )
         Third Party Defendant.      )
27  _____)

28
```

Based on the "ORDER GRANTING THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF VON BERNUTH'S MOTION FOR SUMMARY JUDGMENT), filed on November 8, 2010 at Docket No. 53, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. On February 27, 2006, a duly authorized delegate of the Secretary of the Treasury entered assessments against CHARLES PAIGE VON BERNUTH, pursuant to 26 U.S.C. § 6672 in the total amount of $148,125.58. These assessments against CHARLES PAIGE VON BERNUTH were entered with respect to unpaid payroll taxes of Plaza Entertainment Inc. for the following periods:

| Taxable Period | Amount |
| --- | --- |
| 03/31/98 | $23,423.30 |
| 09/30/98 | $38,971.71 |
| 12/31/98 | $30,917.11 |
| 06/30/99 | $31,305.01 |
| 09/30/99 | $23,508.45 |

///

///

///

2

1    2.  The following judgment is hereby entered in favor of the
2 UNITED STATES OF AMERICA and against plaintiff and counterclaim-
3 defendant CHARLES PAIGE VON BERNUTH with respect to the complaint
4 and counterclaim for the unpaid payroll taxes of Plaza
5 Entertainment Inc.:

6        a.  Plaintiff and counterclaim-defendant CHARLES PAIGE
7 VON BERNUTH is not entitled to any refund of the amount collected
8 pursuant to 26 U.S.C. § 6672, including any amount paid for
9 interest, penalties, and/or costs, for the periods enumerated in
10 paragraph 1, above, and requested by plaintiff in his initial
11 "Complaint for Recovery of Taxes, Penalties, and Interest."

12       b.  Plaintiff and counterclaim-defendant CHARLES PAIGE
13 VON BERNUTH is indebted to the United States of America, as of
14 October 31, 2009, in the amount of $166,372.37, plus all
15 subsequent statutory accruals, including interest and penalties,
16 costs, and expenses as provided by law, which will continue to
17 accrue until paid in full.

18   **IT IS SO ORDERED.**

19
DATED: November 10, 2010           **JOSEPHINE STATON TUCKER**
20                                  JOSEPHINE STATON TUCKER
                                    United States District Judge
21
Submitted by,
22
ANDRÉ BIROTTE JR.
23 United States Attorney
SANDRA R. BROWN
24 Assistant United States Attorney
Chief, Tax Division
25

26 _____
VALERIE L. MAKAREWICZ
27 Assistant United States Attorney

28